IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00080-PAB-MJW

ALEXANDER LANDAU,

Plaintiff(s),

v.

RANDY MURR,
RICKY NIXON,
TIFFANY MIDDLETON,
GERALD WHITMAN, and
CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference [Docket No. **21**], filed with the court April 18, 2011, is GRANTED.

It is FURTHER ORDERED that the Scheduling/Planning Conference set May 02, 2011 at 8:30 a.m.  is  VACATED.  Parties shall file a Joint Status Report on or before May 16, 2011, informing the Court of the status of the approval of the settlement by City Council.

Date:   April 19, 2011